

THE LAW FIRM OF

# GOMOLINSKI & PHILIPPS, LTD.

William E. Gomolinski
David J. Philipps
Mary E. Philipps

─────────────

Bonnie C. Dragotto

April 4, 2007

**VIA FAX: (312) 704-9459**
**AND CERTIFIED U.S. MAIL – RETURN RECEIPT REQUESTED**
Ira F. Leibsker
Blatt, Hasenmiller, Leibsker &
  Moore LLC
125 S. Wacker Drive
Suite 400
Chicago, Illinois 60606

RE: Kisha Jenkins, Ref. # ████; Acct. # ████2334;
   Cook County Docket No. 2006 M1 164753

Dear Mr. Leibsker:

Please be advised that we represent Kisha Jenkins regarding Blatt, Hasenmiller,
Leibsker & Moore LLC's attempts to collect an approximately $2,311.37 debt allegedly
owed originally to First Consumers National Bank (Acct. No. ████6648),
which debt was then allegedly sold/assigned to Capital One, which was thereafter
allegedly sold/assigned to Centurion Capital Corp., and now allegedly sold/assigned to
Palisades Acquisition XVI, LLC. On behalf of our client, we dispute this debt and
demand validation of the same.

On August 23, 2007, your office filed a lawsuit in the Circuit Court of Cook County
against Ms. Jenkins regarding this alleged debt, on behalf of Centurion Capital Corp.
(Cook County No. 2006 M1 164753). A copy of the Complaint is attached. According
to your recent correspondence to our client, dated March 29, 2007, however, the
alleged debt is now owned by Palisades. A copy of this letter is also attached.
Accordingly, you have no right to maintain a lawsuit on behalf of Centurion against our
client regarding a debt it no longer owns.

Moreover, the Complaint is facially defective as none of the various assignments were
attached to the complaint -- First Consumers National Bank to Capital One,

─────────

*9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465*
*708.974.2900 Fax 708.974.2907*


EXHIBIT
C

Ira F. Leibsker
April 4, 2007
Page Two

Capital One to Centurion -- nor *any* evidence of the alleged contract between First Consumers National Bank and our client.  Furthermore, the Complaint falsely states that Centurion Capital Corp. is authorized to do business in the State of Illinois, however the records of the Secretary of State clearly show that no such entity is currently authorized to do business in the State of Illinois.  Incidentally, Palisades is likewise not licensed to do business in the State of Illinois and thus, any lawsuit brought by Palisades against our client would be improper.

Before we file and litigate a motion to dismiss, we ask that that you agree to immediately to dismiss the above lawsuit pending against Ms. Jenkins in the Circuit Court of Cook County.  If you do not dismiss the lawsuit by April 13, 2007, we will seek to recover from your firm all of the attorneys' fees and costs we incur in litigating this lawsuit.

Very truly yours,

David J. Philipps
Attachments

cc: Kisha Jenkins

1758911

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FIRST DISTRICT

CENTURION CAPITAL CORP.
Plaintiff

vs.

KISHA JENKINS

Case No.: **06M1 164753**

Amount Claimed: *2109.37+ costs*

Return Date: *September 26, 2006*

Defendant(s)

### COMPLAINT

The Plaintiff, CENTURION CAPITAL CORP., claims as follows:

1. Plaintiff CENTURION CAPITAL CORP., is a corporation authorized to do business in the State of Illinois and the Defendant(s) KISHA JENKINS is/are a resident of COOK County, Illinois.

2. The Defendant(s) opened a charge account with FIRST CONSUMERS NATIONAL BANK agreeing to make monthly payments as required by the terms of the Charge Agreement, for the purchases charged to the account.

3. Plaintiff is the assignee of said account from FIRST CONSUMERS NATIONAL BANK having purchased said account in the regular course of business in good faith and for value.

4. The Defendant(s) did make purchases and charged same to the account but failed to make the monthly payments called for on the account. There is an account stated in the amount of $ 2109.37 (See Client affidavit as Plaintiff's Exhibit No. 1.)

5. Plaintiff declared Defendant(s) to be in default and demands payment of balance.

**WHEREFORE**, the Plaintiff, CENTURION CAPITAL CORP., prays for judgment against the Defendant(s), KISHA JENKINS , in the amount of $ 2109.37 plus costs.

Blatt, Hasenmiller, Leibsker & Moore LLC • 01237
125 South Wacker Drive, Suite 400
Chicago, IL 60606
(866) 269-9858

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR

BLCCP (02/2003)

A7185                                                                          1758911

# AFFIDAVIT IN SUPPORT OF JUDGMENT

Account Holder:   KISHA JENKINS          Account Number: ████2334

BEFORE ME, the undersigned authority personally appeared and personally known by me, this day, and who after being duly sworn deposed and says as follows:

1.  I am a competent person over eighteen years of age. I am an employee of
    CENTURION CAPITAL CORP.,   (hereinafter "creditor") and an authorized agent for creditor
    A MARYLAND CORPORATION     with respect to its credit accounts.
    ASSIGNEE OF CAPITAL ONE
    ASSIGNEE OF FCNB/NEWPORT NEWS
    P.O. BOX 1845
    ROCKVILLE, MD 20848

2.  The scope of my job responsibilities includes the oversight of credit accounts maintained by creditor. In the performance of my duties for creditor, I am familiar with the manner and  method by which creditor creates and maintains its normal business books and records, including computer records of its credit accounts.

3.  Based upon my personal knowledge of creditor's business records and practices for servicing of its credit accounts or those of its predecessor, the contents of this Affidavit are true and correct. If called upon and sworn to testify hereto I could and would so competently testify thereto.

4.  In the ordinary course of business creditor issues or purchases revolving credit accounts, installment accounts and/or other credit lines for its customers.

5.  In addition to the foregoing, creditor maintains, as a regular practice of its business, computer records of activity on its accounts and/or its predecessor's accounts, including purchases made, payments received, amounts owing on such accounts, credits and offsets. It is the regular practice of creditor's business that entries may be made in such computer records only by individuals having personal knowledge (from examining account documentation) of the information reflected therein and that such entries made by at or near the time the events reflected in them occurred and/or that it maintains its predecessor's records without alteration. It is also the regular practice of creditor's and/or its predecessors business to send monthly statements to the accountholders reflecting the purchases made, payments received and amounts owing on such accounts.

6.  The just and true balance due and owing to creditor by the accountholder(s) on Account number ████████2334    as of the date hereof is $    2109.37   together with interest and other applicable costs.

7.  Demand for payment of the just amount has been made more than (30) days prior hereto and payment for the amount owing has not been tendered. There is no record of any legitimate dispute by the accountholder.

8.  All documents attached hereto are certified to be correct originals or true and correct copies of the originals, being reproductions from the records or being evidence to establish the contents of a lost or destroyed document or computer transactional records. I declare under the penalty of perjury that the foregoing is true and correct.

JUN 1 2 2006                                Beverley Barry
_____                         _____
Date                                        Signature

        Sandra Smith                     Beverly Barry
                    Notary Public-Maryland              _____
                    Montgomery County                  Printed Name
                    My Comm. Exp. Jan, 22, 2007
                                                        ASST. VICE PRESIDENT
                                                        _____
                                                        Title

The foregoing affidavit sworn to and subscribed before me this 12 day of June ,06.

My commission expires: _____        _____
                                                   Notary Public

                        Ex #1                       W&A File #: ████████

NAEFB (01/11/06)  NAEFP2/NAEFP2

Law Offices
## Blatt, Hasenmiller, Leibsker & Moore LLC
P.O. Box 5463 * Chicago, Illinois 60680-5463
Toll Free 866/269-9862 * Fax 312/704-9459

Ira F. Leibsker *
Leon W. Moore *
Kenneth R. Wake * ^ ʊ

Frank A. Janello ^
David M. Greenbaum ^
Mariaina C. Strunk *
Gregory R. Dye * ⌐
Brian D. Maynard *
Kliment P. Mitreski * ʊ
Mark J. Johnson *
Jacquelyn T. Vengal *
Jason M. Shulman *
Amber M. Stine ʿ
Joshua Craig ʊ
Raj Jutla *
Anna David *
Ron Z. Opher ₒ —

March 29, 2007

KISHA JENKINS
▉▉▉▉▉▉▉▉▉▉
▉▉▉▉ IL ▉▉

Licensed in:
IL *, IN ₒ
MI ^, OH ⌐
AZ ʿ PA .
NJ ~

| | |
|---|---|
| REFERENCE #: | ▉▉▉▉▉▉ |
| ACCOUNT #: | ▉▉▉▉▉▉2334 |
| PREVIOUS CREDITOR: | CENTURION CAPITAL CORP. |
| CURRENT CREDITOR: | PALISADES ACQUISITION XVI, LLC |
| ORIGINAL CREDITOR: | FIRST CONSUMERS NATIONAL BANK |
| ACCOUNT TYPE: | MASTERCARD |
| AMOUNT DUE: | $2311.37 |
| | |
| DEBTOR: | KISHA JENKINS |

Please be advised that this firm represents Palisades Acquisition XVI, LLC who recently purchased your account from the Previous Creditor listed above. Your account has been referred to this office for collection of the Amount Due shown above.

You are hereby advised that this is an attempt to collect a debt, and that this firm is acting pursuant to the Fair Debt Collection Practice Act, 15 U.S.C.A., Sec.1692 et seq.; any information obtained will be used for this purpose.

If you do not dispute the validity of this debt, or any portion thereof, within 30 days of receipt of this letter, we will assume it is valid. If you do dispute the validity of this debt, or any portion thereof, please notify us in writing, within 30 days of receipt of this letter and we will mail verification of the debt, or a copy of a judgment, if applicable, to you. We will also provide you with the name and address of the original creditor, if different from the current Creditor, if you request the same from us, in writing, within 30 days of receipt of this letter.

Thank You,

Blatt, Hasenmiller, Leibsker & Moore, LLC

PLEASE INCLUDE YOUR REFERENCE # ON YOUR PAYMENT

Illinois          Indiana          Michigan          Arizona          Pennsylvania

⁂⁂⁂⁂⁂⁂⁂⁂ -COMM. JOURNAL- ⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂ DATE APR-04-2007 ⁂⁂⁂⁂ TIME 15:57 ⁂⁂⁂⁂⁂

```
MODE = MEMORY TRANSMISSION          START=APR-04 15:52    END=APR-04 15:57

   FILE NO.=892

STN    COMM.   ONE-TOUCH/   STATION NAME/TEL. NO.              PAGES    DURATION
NO.            ABBR NO.

001    OK      ☎            13127049459                        005/005  00:01:16


                                            -GOMOLINSKI AND PHILIPPS, 1-

⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂ -LAW FIRM    - ⁂⁂⁂⁂ -    708 974 2907- ⁂⁂⁂⁂⁂⁂⁂
```



THE LAW FIRM OF

# GOMOLINSKI & PHILIPPS, LTD.

William E. Gomolinski
David J. Philipps
Mary E. Philipps
———
Bonnie C. Dragotto

April 4, 2007

**VIA FAX: (312) 704-9459**
**AND CERTIFIED U.S. MAIL – RETURN RECEIPT REQUESTED**
Ira F. Leibsker
Blatt, Hasenmiller, Leibsker &
         Moore LLC
125 S. Wacker Drive
Suite 400
Chicago, Illinois 60606

RE:   Kisha Jenkins, Ref. # ███████; Acct. # ██████████2334;
         Cook County Docket No. 2006 M1 164753

Dear Mr. Leibsker:

Please be advised that we represent Kisha Jenkins regarding Blatt, Hasenmiller,
Leibsker & Moore LLC's attempts to collect an approximately $2,311.37 debt allegedly
owed originally to First Consumers National Bank (Acct. No. ████████████6648),
which debt was then allegedly sold/assigned to Capital One, which was thereafter
allegedly sold/assigned to Centurion Capital Corp., and now allegedly sold/assigned to
Palisades Acquisition XVI, LLC.  On behalf of our client, we dispute this debt and
demand validation of the same.

On August 23, 2007, your office filed a lawsuit in the Circuit Court of Cook County
against Ms. Jenkins regarding this alleged debt, on behalf of Centurion Capital Corp.
(Cook County No. 2006 M1 164753).  A copy of the Complaint is attached.  According
to your recent correspondence to our client, dated March 29, 2007, however, the
alleged debt is now owned by Palisades.  A copy of this letter is also attached.
Accordingly, you have no right to maintain a lawsuit on behalf of Centurion against our
client regarding a debt it no longer owns.

Moreover, the Complaint is facially defective as none of the various assignments were
attached to the complaint -- First Consumers National Bank to Capital One,

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

Sent To Ira F. Leibsker, Blatt Hasenmiller
Street, Apt. No.; Leibsker & Moore, LLC
or PO Box No. 125 S. Wacker Dr. Ste. 400
City, State, ZIP+4 Chicago IL 60606

PS Form 3800, June 2002          See Reverse for Instructions

7003 0500 0000 6971 6370

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ira F. Leibsker
Blatt, Hasenmiller, Leibsker &
Moore, LLC
125 S. Wacker Drive
Ste. 400
Chicago, IL 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   09 APR 2007   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7003 0500 0000 6971 6370

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540