**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Kisha Jenkins v. Palisades Acquisition XVI, LLC, and Blatt, Hasenmiller, Leibsker & Moore LLC, an Illinois limited liability company. | **JUDGE KENNELLY**<br>**MAGISTRATE JUDGE SCHENKIER**<br>**08 C 515** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Kisha Jenkins.

| NAME (Type or print) |
|---|
| Mary E. Philipps |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Mary E. Philipps |
| FIRM |
| Philipps & Philipps, Ltd. |
| STREET ADDRESS |
| 9760 South Roberts Road, Suite One |
| CITY/STATE/ZIP |
| Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06197113 | (708) 974-2900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐