**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Kisha Jenkins v. Palisades Acquisition XVI, LLC, and Blatt, Hasenmiller, Leibsker & Moore LLC, an Illinois limited liability company.

Case Number:

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**

**08 C 515**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Kisha Jenkins.

| | |
|---|---|
| NAME (Type or print) | |
| Bonnie C. Dragotto | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Bonnie C. Dragotto | |
| FIRM | |
| Philipps & Philipps, Ltd. | |
| STREET ADDRESS | |
| 9760 South Roberts Road, Suite One | |
| CITY/STATE/ZIP | |
| Palos Hills, Illinois 60465 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6286065 | (708) 974-2900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐