# United States District Court for the Northern District of Illinois

Case Number: 08CV515                    Assigned/Issued By: J. N.

Judge Name: KENNELLY              Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

*Amount Due:*  [✓] $350.00     [ ] $39.00     [ ] $5.00

[ ] IFP     [ ] No Fee     [ ] Other _____

[ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                    Receipt #: 2485414

Date Payment Rec'd: 1-23-08         Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

2 Original and 0 copies on 1-23-08 as to DEFENDANTS
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05