# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Kisha Jenkins,

Plaintiff,

v.

Palisades Acquisition XVI, LLC, a
Delaware limited liability company, and
Blatt, Hasenmiller, Leibsker & Moore LLC,
an Illinois limited liability company,
Defendants.

Docket Number: _____

Assigned Judge: _____

Designated
Magistrate Judge: _____

**08 C 515**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**

To: Palisades Acquisition XVI, LLC
C/O Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

Date

**January 23, 2008**
Date

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE:<br>1/29/2008 @ 1:45 pm |
| NAME OF SERVER (PRINT)<br>ADAM GOLDEN | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service-*

[ ]   Served personally upon the defendant. Place where served: _____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]   Returned unexecuted: _____

[XX]   Other (specify): SERVED DIONNE MILLS, AUTHORIZED TO ACCEPT SERVICE FOR CORPORATION SERVICE COMPANY, 2711 Centerville Rd., Ste. 400, Wilmington, DE 19808, REGISTERED AGENT.

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/29/08
                      Date

Signature of Server

Address of Server: Express Process Service, Inc
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08 C 515

Plaintiff:
**Kisha Jenkins**
vs.
Defendant:
**Palisades Acquisition XVI, LLC and Blatt, Hasenmiller, Leibsker & Moore LLC**

Received by EXPRESS PROCESS SERVICE, INC. on the 25th day of January, 2008 at 7:58 am to be served on **Palisades Acquisition XVI, LLC c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.** I, ____ADAM GOLDEN____, being duly sworn, depose and say that on the 29th day of January, 20 08 at 1:45p.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) CORPORATE SERVICE: By serving _____ as _____

(X) OTHER SERVICE: As described in the Comments below by serving DIONNE MILLS as AUTHORIZED TO ACCEPT SERVICE FOR CORPORATION SERVICE COMPANY, REGISTERED AGENT.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

Age 35  Sex M F  Race BLACK  Height 5'5  Weight 120 lbs  Hair black  Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 29th day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC
EXPIRES MARCH 14, 2011

PROCESS SERVER # ____
Appointed in accordance
with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2008000628