IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHA JENKINS,<br><br>          Plaintiff,<br><br>    v.<br><br>PALISADES ACQUISITIONS XVI, LLC,<br>a Delaware limited liability company, and<br>BLATT, HASENMILLER, LEIBSKER &<br>MOORE, LLC, an Illinois limited liability<br>company,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)  Case No. 08-CV-0515<br>)<br>)  Judge Kennelly<br>)  Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

NOW COME Defendants Palisades Acquisitions XVI, LLC and Blatt, Hasenmiller, Leibsker & Moore, LLC, by and through their undersigned counsel, and move this Court for a 28-day extension of time, up to and including March 18, 2008, to answer or otherwise respond to the complaint and, in support thereof, state as follows:

1. Plaintiff filed her complaint on January 23, 2008. Both defendants have been served.

2. Plaintiff has a related case pending before this Court, *Jenkins v. Centurion Capital Corporation, et al.*, Case No. 07-CV-3838, pending before Judge Darrah. The defendants in that case have this day filed a L.R. 40.4 motion for a finding of relatedness between these two cases, and seeking to have this case reassigned to Judge Darrah. A copy of that motion is attached here as Exhibit 1.

3. Defendants here seek an extension of time to answer or otherwise respond to the complaint, in order to allow the Court to first rule on the motion for reassignment and determine whether this case will be reassigned to Judge Darrah or remain with Judge Kennelly.

WHEREFORE, Defendants respectfully requests that this Court grant an extension of time, up to and including March 18, 2008, to answer or otherwise plead to the complaint.

Dated: February 19, 2008
Respectfully Submitted,

PALISADES ACQUISITIONS XVI, LLC and
BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC

By: /s/ David L. Hartsell
One of Their Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David J. Philipps
>Mary E. Philipps
>Bonnie C. Dragotto
>GOMOLINSKI & PHILIPPS, LTD.
>9860 S. Roberts Road
>Suite One
>Palos Hills, IL 60465
>davephilipps@aol.com
>mephilipps@aol.com
>bdragotto@aol.com

>/s/ David L. Hartsell

\5080168.1

3