# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHA JENKINS,                      )<br>                                      )<br>           Plaintiff,                )<br>                                      )    Case No. 07-CV-3838<br>      v.                              )<br>                                      )    Judge John W. Darrah<br>CENTURION CAPITAL                    )    Magistrate Judge Schenkier<br>CORPORATION, a Maryland corporation, )<br>and BLATT, HASENMILLER,              )<br>LEIBSKER & MOORE, LLC, an Illinois   )<br>limited liability company,           )<br>                                      )<br>           Defendants.               ) | |

## DEFENDANTS' MOTION FOR REASSIGNMENT OF CASES AS RELATED

NOW COME defendants Centurion Capital Corporation ("Centurion") and Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), by and through their attorneys, and, pursuant to L.R. 40.4, move for an order reassigning Case No. 08-CV-0515, currently assigned to Judge Kennelly, to this Court. In support thereof, defendants state as follows:

1. Plaintiff filed the instant action alleging that defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") in the course of pursuing a collection lawsuit against her in the Cook County Circuit Court. Among other things, plaintiff alleges that while the collection lawsuit was pending, BHLM sent her a letter, dated March 29, 2007, informing her that Centurion had sold the account to Palisades Acquisition XVI, LLC ("Palisades") and adding an additional $202 to the balance due. Compl., para. 11 and Exh. B. Plaintiff complains that notwithstanding her demand that defendants dismiss the collection lawsuit given Centurion's lack of standing, defendants failed to do so until May 15, 2007. Compl., paras. 12-13.

2.  On January 23, 2008, plaintiff filed a second lawsuit, this time against Palisades and BHLM, over this same account and, specifically, over the March 29 letter that BHLM sent her. *Jenkins v. Palisades Acquisition XVI, LLC and Blatt Hasenmiller Liebsker & Moore, LLC*, Case No. 08-CV-0515 (attached here as Exhibit 1). In this second lawsuit, plaintiff complains, again, that BHLM and Centurion filed a wrongful collection lawsuit against her and that on March 29, BHLM sent her a letter "informing her that Defendant Palisades now owned the debt at issue and that the amount of the debt was $2311.37 -- $202 more than the amount of the debt for which Ms. Jenkins had been sued in the State Court Lawsuit." Exhibit 1, Complaint, para. 9. Plaintiff claims that this $202 discrepancy gives rise to a separate FDCPA claim against BHLM and Palisades. Exhibit 1, Complaint, paras. 12-13.

3.  It is not clear why (other than to make matters as difficult and expensive as possible) plaintiff chose to file an entirely new complaint, rather than simply seeking leave to amend her complaint in the instant case, but in any event, the two cases are clearly related for purposes of L.R. 40.4. Both cases "involve some of the same issues of fact or law" and "grow out of the same transaction or occurrence." L.R. 40.4(a)(2)-(3). Furthermore, both cases are pending in this Court; the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; the instant case has not progressed to the point where designating the second case as related would be likely to substantially delay the instant case (there has been only limited discovery conducted in the instant case so far); and the cases are susceptible of disposition in a single proceeding. L.R. 40.4(b)(1)-(4).

4.  Indeed, there appears to be no reason why the two cases should not be formally consolidated, pursuant to Fed.R.Civ.P. 42(a)(2). At a minimum, the Court should order that the

2

two cases proceed on the same discovery and motion schedule, so as to avoid unnecessary expense and effort.

WHEREFORE, defendants request this Court enter an order, pursuant to L.R. 40.4, finding Case No. 08-CV-0515 related to the instant case and directing that it be reassigned to this Court, along with such further relief as this Court deems just, necessary and proper.

Dated: February 19, 2008

Respectfully Submitted,

CENTURION CAPITAL CORPORATION
and BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC

By:  /s/ David L. Hartsell
    One of its Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Ste. 4100
Chicago, Illinois 60601-1815
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing **DEFENDANTS' MOTION FOR REASSIGNMENT OF CASES AS RELATED** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David J. Philipps
> Mary E. Philipps
> Bonnie C. Dragotto
> GOMOLINSKI & PHILIPPS, LTD.
> 9860 S. Roberts Road
> Suite One
> Palos Hills, IL 60465
> davephilipps@aol.com
> mephilipps@aol.com
> bdragotto@aol.com

/s/ David L. Hartsell

\5079819.1