IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHA JENKINS,<br><br>        Plaintiff,<br><br>v.<br><br>PALISADES ACQUISITIONS XVI, LLC,<br>a Delaware limited liability company, and<br>BLATT, HASENMILLER, LEIBSKER &<br>MOORE, LLC, an Illinois limited liability<br>company,<br><br>        Defendants. | Case No. 08-CV-0515<br><br>Judge Kennelly<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:  See Attached

     PLEASE TAKE NOTICE that on **Tuesday, March 4, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 2103, and then and there present the attached **DEFENDANTS' MOTION FOR EXTENSION OF TIME,** a copy of which is served upon you.

Dated: February 19, 2008

Respectfully Submitted,

PALISADES ACQUISITIONS XVI, LLC and
BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC

By:   /s/ David L. Hartsell
       One of Their Attorneys

David L. Hartsell
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing **DEFENDANTS' NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David J. Philipps
>Mary E. Philipps
>Bonnie C. Dragotto
>GOMOLINSKI & PHILIPPS, LTD.
>9860 S. Roberts Road
>Suite One
>Palos Hills, IL 60465
>davephilipps@aol.com
>mephilipps@aol.com
>bdragotto@aol.com

>/s/ David L. Hartsell

\5080230.1