# United States District Court
# Northern District of Illinois

In the Matter of

Kisha Jenkins

v.

Palisades Acquisition XVI, LLC., et. al.

Case No. 08 C 515

Designated Magistrate Judge
Sidney I. Schenkier

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **07 C 3838** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge John W. Darrah

Dated: February 27, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John W. Darrah**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge James F. Holderman

Dated: FEB 2 9 2008

Finding of Relatedness (Rev. 9/99)