# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Kisha Jenkins,

Plaintiff,

v.

Palisades Acquisition XVI, LLC, a
Delaware limited liability company, and
Blatt, Hasenmiller, Leibsker & Moore LLC,
an Illinois limited liability company,
Defendants.

Docket Number: _____

Assigned Judge: _____

Designated
Magistrate Judge: _____

**08 C 515**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**

To: Blatt, Hasenmiller, Leibsker & Moore, LLC
C/O Ira F. Leibsker, as registered agent
125 S. Wacker Drive
Suite 400
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_[signature]_

(By) DEPUTY CLERK

Date

**January 23, 2008**

Date

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 2/4/08 AT 11:20 A.M. |
| NAME OF SERVER (PRINT)  BARRY SAVAGE | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service-*

[ ]  Served personally upon the defendant. Place where served: _____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]  Returned unexecuted: _____

[X]  Other (specify): SERVED DEFENDANT BLATT,HASENMILLER,LEIBSKER & MOORE,LLC. BY SERVING ATTORNEY AND AUTHORIZED TO ACCEPT,CHRISTOPHER BOEHM. PLACE OF SERVICE:125 S. WACKER DRIVE,CHICAGO,IL 60606. DESCRIPTION:M,W,30YRS.,6'2",200LBS.,REDDISH HAIR.

### STATEMENT OF SERVICES FEES

| TRAVEL — | SERVICES $60 | TOTAL $60 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server: B. Savage

Address of Server

LEGAL DOCUMENT
MANAGEMENT SERVICES, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603