1758911 BI
2120-Served            2220-Not Served          2620-Sec. of State      (Rev.10/06/1999)CCM1-12D
21   Alias Served      2221-Alias Not Served    2621-Alias Sec. of State

Returnable in
ROOM NO. 602, RICHARD J. DALEY CENTER
9:30 A.M. Sharp
In the Circuit Court of Cook County, Illinois

Name All Parties

|  |  |
|---|---|
| CENTURION CAPITAL CORP. | Case No.: 06M1 164753 |
| PLAINTIFF | Amount Claimed: $2109.37 +costs |
| VS | Return Date: FEB 27 2007 |
| KISHA JENKINS |  |
| DEFENDANT | Serve KISHA JENKINS at: ▓▓▓▓▓, IL ▓▓▓ |

ALIAS
SUMMONS

To each defendant:
YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in Room 602, Richard J. Daley Center, Chicago, Illinois, at or before 9:30 A.M. on *.
2. To file your answer to the complaint in Room 602 as required by Par. 3(c) in the Notice to Defendant Below.

FEB 27 2007

IF YOU FAIL TO DO SO, A JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the Officer:
this summons must be returned by the officer or person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.
This summons may not be served later than 3 days before the day of appearance.

THERE WILL BE
A FEE TO FILE YOUR APPEARANCE, IF CLAIM
IS $1,500.00 OR LESS, FEE WILL BE $133.00,
OVER $1,500.00 THE FEE WILL BE $143.00,
OVER $15,000.00 THE FEE WILL BE $163.00.

WITNESS_____,20___
DOROTHY BROWN
Dorothy Brown    JAN 29 2007
Clerk of the Court

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY
AND ALL INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE.

Date of Service_____,20___
(To be inserted by officer on copy left with defendant or other person)

Name: Blatt, Hasenmiller, Leibsker & Moore LLC
Attorney for Plaintiff
Address: 125 S. Wacker Dr., Suite 400
City: Chicago, IL 60606
Telephone: (866) 269-9858
Atty. No. 01237

EXHIBIT A

## NOTICE TO PLAINTIFF

ou MUST select a return date of :

t less than 28 or more than 40 days after issuance of summons if amount claimed is $5000
 less;
t less than 21 or more than 40 days after issuance of summons if amount claimed is in excess
 $5000.

## NOTICE TO DEFENDANT

.  This case may be heard on the day for appearance specified in the summons.
.  If the complaint is notarized, your answer must be notarized.
.  On the specified Return Day, one of the following will occur:

   a. If you are sued for $5000 or less, you need not file an answer unless ordered to do
      so by the court.
      (1) If Plaintiff is not present, the case will be dismissed for want of prosecution
      (2) If you have not filed an appearance, or you have filed an appearance and are
          not present, the Plaintiff may obtain an exparte default judgment against you
          for the amount claimed.
      (3) If you have filed an appearance and are present on Return Day, trail may be
          held that day or may be set for another day certain.
   b. If you are sued for more than $5000, and if you have filed your appearance on time,
      you must file your answer not later than 10 days after the day for appearance
      specified above. If you filed your written appearance on or before Return Day,
      your case will be postponed 21 days to the Default-for-Want-of-Answer Call at
      9:00 A.M. If you have filed your answer on time, you need not appear for the
      Default-for-Want-of-Answer Call. Your case will be postponed for trial on a day
      certain in a courtroom designated by the Presiding Judge. If you have not filed
      your appearance or answer on time, Plaintiff may obtain an exparte default judgment
      against you for the amount claimed. If plaintiff is not present for the Default-
      for-Want-of-Answer Call, the case will be dismissed for want of prosecution.

.  If the claim is for personal injury, or is civil case in which plaintiff has filed a
   jury demand, you will be required to file your appearance in person or by attorney by
   Return Day and your answer as required by Par. 3(b) above. These cases will be assigned
   and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding
   Judge. Neither Plaintiff nor Plaintiff's attorney will be required to be present on
   return day, or on Default-for-Want-of-Answer Call. The case will be set for STATUS at
   9:00 A.M., 91 days after Return Day. Plaintiff and Defendant will be required to appear
   in court on that status day.

.  Late filing of an appearance or answer will not relieve you from a judgment or defualt
   order except by court order.

.  Trial Rights of Property, Detinues, and Revivals of Judgments, Pro Se, and Forcible
   Detainter suits are returnable in Room _____ and are disposed of on a Return
   Day unless otherwise ordered by the court.

ertaining to third district only..

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

1758911

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| CENTURION CAPITAL CORP.<br>Plaintiff<br><br>vs.<br><br>KISHA JENKINS<br><br><br>Defendant(s) | Case No.: **06M1 164753**<br>Amount Claimed: 2109.37 + costs<br>Return Date: September 26, 2006 |

### COMPLAINT

The Plaintiff, CENTURION CAPITAL CORP., claims as follows:

1. Plaintiff CENTURION CAPITAL CORP., is a corporation authorized to do business in the State of Illinois and the Defendant(s) KISHA JENKINS is/are a resident of COOK County, Illinois.

2. The Defendant(s) opened a charge account with FIRST CONSUMERS NATIONAL BANK agreeing to make monthly payments as required by the terms of the Charge Agreement, for the purchases charged to the account.

3. Plaintiff is the assignee of said account from FIRST CONSUMERS NATIONAL BANK having purchased said account in the regular course of business in good faith and for value.

4. The Defendant(s) did make purchases and charged same to the account but failed to make the monthly payments called for on the account. There is an account stated in the amount of $ 2109.37
(See Client affidavit as Plaintiff's Exhibit No. 1.)

5. Plaintiff declared Defendant(s) to be in default and demands payment of balance.

**WHEREFORE,** the Plaintiff, CENTURION CAPITAL CORP., prays for judgment against the Defendant(s), KISHA JENKINS , in the amount of $ 2109.37 plus costs.

Blatt, Hasenmiller, Leibsker & Moore LLC - 01237
125 South Wacker Drive, Suite 400
Chicago, IL 60606
(866) 269-9858

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

BLCCP (02/2003)

17185

# AFFIDAVIT IN SUPPORT OF JUDGMENT

Account Holder:  KISHA JENKINS       Account Number: ▓▓▓▓▓▓2334

BEFORE ME, the undersigned authority personally appeared and personally known by me, this day, and who after being duly sworn deposed and says as follows:

1. I am a competent person over eighteen years of age. I am an employee of
CENTURION CAPITAL CORP.,
A MARYLAND CORPORATION
ASSIGNEE OF CAPITAL ONE
ASSIGNEE OF FCNB/NEWPORT NEWS
P.O. BOX 1845
ROCKVILLE, MD 20849
(hereinafter "creditor") and an authorized agent for creditor with respect to its credit accounts.

2. The scope of my job responsibilities includes the oversight of credit accounts maintained by creditor. In the performance of my duties for creditor, I am familiar with the manner and method by which creditor creates and maintains its normal business books and records, including computer records of its credit accounts.

3. Based upon my personal knowledge of creditor's business records and practices for servicing of its credit accounts or those of its predecessor, the contents of this Affidavit are true and correct. If called upon and sworn to testify hereto I could and would so competently testify thereto.

4. In the ordinary course of business creditor issues or purchases revolving credit accounts, installment accounts and/or other credit lines for its customers.

5. In addition to the foregoing, creditor maintains, as a regular practice of its business, computer records of activity on its accounts and/or its predecessor's accounts, including purchases made, payments received, amounts owing on such accounts, credits and offsets. It is the regular practice of creditor's business that entries may be made in such computer records only by individuals having personal knowledge (from examining account documentation) of the information reflected therein and that such entries made by at or near the time the events reflected in them occurred and/or that it maintains its predecessor's records without alteration. It is also the regular practice of creditor's and/or its predecessors business to send monthly statements to the accountholders reflecting the purchases made, payments received and amounts owing on such accounts.

6. The just and true balance due and owing to creditor by the accountholder(s) on Account number ▓▓▓▓2334 as of the date hereof is $ 2109.37 together with interest and other applicable costs.

7. Demand for payment of the just amount has been made more than (30) days prior hereto and payment for the amount owing has not been tendered. There is no record of any legitimate dispute by the accountholder.

8. All documents attached hereto are certified to be correct originals or true and correct copies of the originals, being reproductions from the records or being evidence to establish the contents of a lost or destroyed document or computer transactional records. I declare under the penalty of perjury that the foregoing is true and correct.

Date: JUN 1 2 2006

Signature: *Beverly Berry*

Printed Name: Beverly Berry

Title: ASST. VICE PRESIDENT



Sandra Smith
Notary Public-Maryland
Montgomery County
My Comm. Exp. Jan. 22, 2007

The foregoing affidavit sworn to and subscribed before me this 12 day of June, 06.

Notary Public: *Sandi Smith*

My commission expires:



Ex #1

NAFFB (01/11/05)  NAFFP2/NAFFP2          W&A File #: 152598649          T1 31