Law Offices
# Blatt, Hasenmiller, Leibsker & Moore LLC
P.O. Box 5463 * Chicago, Illinois 60680-5463
Toll Free 866/269-9862 * Fax 312/704-9459

Ira F. Leibsker *
Leon W. Moore *
Kenneth R. Wake * ^ o

Frank A. Janello *
David M. Greenbaum ^
Marlaina C. Strunk *
Gregory R. Dye * +
Brian D. Maynard *
Kliment P. Mitreski * o
Mark J. Johnson *
Jacquelyn T. Vengal *
Jason M. Shulman *
Amber M. Stine '
Joshua Craig o
Raj Jutla *
Anna David *
Ron Z. Opher . --

March 29, 2007

KISHA JENKINS
▬▬▬▬▬▬▬
▬▬▬▬▬, IL ▬▬▬

Licensed in:
IL *, IN o
MI ^, OH +
AZ ' PA .
NJ --

REFERENCE #:       ▬▬▬▬
ACCOUNT #:         ▬▬▬▬▬▬2334
PREVIOUS CREDITOR: CENTURION CAPITAL CORP.
CURRENT CREDITOR:  PALISADES ACQUISITION XVI, LLC
ORIGINAL CREDITOR: FIRST CONSUMERS NATIONAL BANK
ACCOUNT TYPE:      MASTERCARD
AMOUNT DUE:        $2311.37

DEBTOR:            KISHA JENKINS

Please be advised that this firm represents Palisades Acquisition XVI, LLC who recently purchased your account from the Previous Creditor listed above. Your account has been referred to this office for collection of the Amount Due shown above.

You are hereby advised that this is an attempt to collect a debt, and that this firm is acting pursuant to the Fair Debt Collection Practice Act, 15 U.S.C.A., Sec.1692 et seq.; any information obtained will be used for this purpose.

If you do not dispute the validity of this debt, or any portion thereof, within 30 days of receipt of this letter, we will assume it is valid. If you do dispute the validity of this debt, or any portion thereof, please notify us in writing, within 30 days of receipt of this letter and we will mail verification of the debt, or a copy of a judgment, if applicable, to you. We will also provide you with the name and address of the original creditor, if different from the current Creditor, if you request the same from us, in writing, within 30 days of receipt of this letter.

Thank You,

Blatt, Hasenmiller, Leibsker & Moore, LLC

PLEASE INCLUDE YOUR REFERENCE # ON YOUR PAYMENT



EXHIBIT B

Illinois          Indiana          Michigan          Arizona          Pennsylvania