### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Kisha Jenkins, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   08 C 515 |
| Palisades Acquisition XVI, LLC, a Delaware limited liability company, and Blatt, Hasenmiller, Leibsker & Moore LLC, an Illinois limited liability company, | ) ) ) ) ) | Judge Darrah |
| Defendants. | ) | |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF BONNIE C. DRAGOTTO

Plaintiff, Kisha Jenkins, individually and on behalf of all others similarly situated, states:

1.    As an attorney with the law firm of Philipps & Philipps, Ltd., Bonnie C. Dragotto filed an appearance on behalf of the Plaintiff in this matter.

2.    Due to relocation, as of April 16, 2008, Bonnie C. Dragotto will no longer be with Philipps & Philipps, Ltd.

WHEREFORE, Plaintiff, Kisha Jenkins, individually and on behalf of all others similarly situated, respectfully requests that this Court grant Bonnie C. Dragotto leave to withdraw as counsel in this matter.

Respectfully Submitted,

By: /s/ David J. Philipps
One of Plaintiff's Attorneys

Dated: April 15, 2008

David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on April 15, 2008, a copy of the foregoing **Motion for Leave to Withdraw Appearance of Bonnie C. Dragotto** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David L. Hartsell                             dhartsell@mcguirewoods.com
Amy R. Jonker                             ajonker@mcguirewoods.com
McGuire Woods, LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL  60601


/s/ David J. Philipps

Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com