IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kisha Jenkins, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Palisades Acquisition XVI, LLC, a Delaware limited liability company, and Blatt, Hasenmiller, Leibsker & Moore LLC, an Illinois limited liability company, )<br>)<br>Defendants. ) | No.   08 C 515<br><br>Judge Darrah |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that at 9:00 a.m., on Tuesday, April 22, 2008, we shall appear before the Honorable John W. Darrah, in Room 1203 of the District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion for Leave to Withdraw Appearance of Bonnie C. Dragotto**, a copy of which was served upon you by the Court's electronic filing system.

By: David J. Philipps_____
One of Plaintiff's Attorneys

Dated:  April 15, 2008

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 15, 2008, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Hartsell | dhartsell@mcguirewoods.com |
| Amy R. Jonker | ajonker@mcguirewoods.com |

McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601


/s/ David J. Philipps

Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com