IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHA JENKINS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PALISADES ACQUISITIONS XVI, LLC,<br>a Delaware limited liability company, and<br>BLATT, HASENMILLER, LEIBSKER &<br>MOORE, LLC, an Illinois limited liability<br>company,<br><br>　　　　　　Defendants. | Case No. 08-CV-0515<br><br>Judge Darrah<br>Magistrate Judge Schenkier |

**DEFENDANTS' MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

NOW COME Defendants Palisades Acquisitions XVI, LLC and Blatt, Hasenmiller, Leibsker & Moore, LLC (collectively "Defendants"), by and through their undersigned counsel, and move this Court for an extension of time, up to and including May 20, 2008, to respond to Plaintiff's discovery requests and, in support thereof, state as follows:

　　1.　　On February 8, 2008, Plaintiff sent to Defendants interrogatories and requests to produce although the parties had not yet conducted a discovery conference pursuant to Federal Rule of Civil Procedure 26(f).

　　2.　　Plaintiff filed an amended complaint on March 14, 2008, and Defendants filed their answer on March 28, 2008. Dckt. Nos. 18-19.

　　3.　　Attorneys for the parties conducted a Rule 26(f) discovery conference on April 4, 2008, at which time the parties agreed that Defendants would have until May 5, 2008 to respond to Plaintiff's interrogatories and requests to produce.

1

4. Defendants have diligently worked to gather information necessary to respond to Plaintiff's interrogatories and requests to produce but need more time due to Defendants' travel schedules, Defendants' attorney David Hartsell being on vacation, and Defendants' attorney Amy Jonker going on maternity leave.

5. Pursuant to F.R.C.P. 37, Defendants' attorney Amy Jonker called Plaintiff's attorney David Philipps on May 5, 2008 to request an agreement to extend Defendants' time to respond to Plaintiff's interrogatories and requests to produce. Mr. Philipps refused to agree to an extension.

6. Defendants seek an extension of time up to and including May 20, 2008 to respond Plaintiff's interrogatories and requests to produce.

7. None of the parties will be prejudiced by the Court granting this extension. Discovery in this case is set to close on September 2, 2008.

WHEREFORE, Defendants respectfully request that this Court grant an extension of time, up to and including May 20, 2008, to respond to Plaintiff's discovery requests.

Dated: May 5, 2008

Respectfully Submitted,

PALISADES ACQUISITIONS XVI, LLC and
BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC

By:   /s/  Amy R. Jonker
     One of Their Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David J. Philipps
>Mary E. Philipps
>GOMOLINSKI & PHILIPPS, LTD.
>9860 S. Roberts Road
>Suite One
>Palos Hills, IL 60465
>davephilipps@aol.com
>mephilipps@aol.com

/s/ Amy R. Jonker

\6240143.1