**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kisha Jenkins, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   08 C 0515 |
| ) | |
| Palisades Acquisitions XVI, LLC, a ) | Judge Darrah |
| Maryland corporation, and Blatt, ) | |
| Hasenmiller, Leibsker & Moore LLC, an ) | |
| Illinois limited liability company, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Plaintiff, Kisha Jenkins, hereby responds to Defendants', Palisades Acquisitions

XVI, LLC ("Palisades") and Blatt, Hasenmiller, Leibsker & Moore, LLC's ("BHL&M")

Motion for an extension of time to answer Plaintiff's discovery requests:

1.      Plaintiff's proposed discovery requests were sent to Defendants on

February 8, 2008, along with Plaintiff's initial FRCP 26(a)(1) disclosures and a request

to hold a discovery Rule 26(f) discovery conference, see attached Exhibit A.  Despite

repeated requests, Defendants declined to conduct the Rule 26(f) discovery conference

for nearly two months.  The discovery conference was finally held on April 4, 2008 and

Defendants' answers to Plaintiff's discovery requests were thus due on May 5, 2008,

see attached Exhibit B.

2.      Plaintiff's counsel has absolutely no problem working with opposing

counsel on scheduling deadlines, and normally would not object to an extension of time.

Defendants, however, were granted re-assignment of this matter to this Court, in part to

1

co-ordinate discovery in this matter with <u>Jenkins v. Centurion Capital Corp.</u>, N.D. Ill. No. 07 C 3838, in order to avoid to avoid unnecessary expense and effort -- but then moved to compel Plaintiff's deposition, in <u>Jenkins v. Centurion</u>, without regard to the fact that Defendants in this matter had not yet responded to Plaintiff's discovery requests, nor sought to serve discovery on Plaintiff.   Plaintiff is scheduled to have her deposition taken in both of these matters on May 19, 2008.

3.      As Plaintiff's counsel explained to Defendants' counsel, when an extension of time to respond to discovery was requested, it is simply inappropriate for Defendants to delay further their own discovery responses, when they insisted on rushing Plaintiff's deposition in this matter and <u>Jenkins v. Centurion</u>.  If Defendants' motion is granted, Plaintiff will be put at a disadvantage, in that Plaintiff and her counsel will be unable to review and discuss Defendants' responses to Plaintiff's discovery requests with Plaintiff, prior to her deposition.

4.      It is even more inappropriate to delay Defendants' responses to discovery in this matter because Plaintiff has noticed depositions of Defendants' personnel.   As directed by the Seventh Circuit, in its Standards for Professional Conduct Within the Seventh Federal Judicial Circuit, Plaintiff's counsel had repeatedly requested that Defendants' counsel contact them to schedule mutually convenient date for these depositions, <u>see</u> attached Exhibit <u>C</u>.   When Defendant repeatedly refused to discuss this issue, Plaintiff had no choice but to send out notices of deposition for each Defendant and its personnel, on April 24, 2008, <u>see</u> attached Group Exhibit <u>D</u>.

5.      Defendants responded by offering dates a month later, and for deposition by telephone, only; no reason was given as to why these depositions could not proceed

2

as scheduled, or should be done over the telephone; <u>see</u> attached Exhibit <u>E</u>.  Moreover,

Defendants inappropriately sought to limit the subject matter of the depositions, <u>see</u>

Exhibit <u>E</u>.

6.      Thus, Defendants request for an extension of time, until May 20, 2008, to

respond to Plaintiff's interrogatories and requests to produce should be denied, and

Defendants should be directed to answer Plaintiff's discovery requests immediately.

Kisha Jenkins,

By: /s/ David J. Philipps_____
      One of Plaintiff's Attorneys

Dated: May 9, 2008

David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, a copy of the foregoing **Plaintiff's Response To Defendants' Motion For Extension Of Time** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


David L. Hartsell                              dhartsell@mcguirewoods.com
Amy R. Jonker                               ajonker@mcguirewoods.com
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601


/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com