# EXHIBIT A

THE LAW FIRM OF



PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps
────
Bonnie C. Dragotto

February 8, 2008

Gary Stern, Member
Palisades Acquisition XVI, LLC
210 Sylvan Avenue
Englewood, New Jersey 07632

Ira F. Leibsker, Member
Blatt, Hasenmiller, Leibsker & Moore, LLC
125 South Wacker Drive
Suite 400
Chicago, Illinois, 60606

Re:  ***Kisha Jenkins v. Palisades Acquisition XVI, LLC, and Blatt,
Hasenmiller, Leibsker & Moore, LLC,*** **No. 08 C 515**

Gentlemen:

Enclosed is the Order that Judge Kennelly entered on February 3, 2008, in the
above-referenced matter, setting this case for a status hearing on March 31,
2008, at 9:00 a.m., in Chambers, Room 2188.  Accordingly, enclosed are
Plaintiff's initial F.R.C.P. Rule 26 disclosures.  Please have your firms' attorneys
contact us to conduct a F.R.C.P. Rule 26 discovery conference.  To help foster a
more productive Rule 26 conference, also enclosed are Plaintiff's proposed
discovery requests.

Very truly yours,

David J. Philipps
DJP:ef
Enclosures

