**EXHIBIT B**

Case 1:08-cv-00515 Document 26-3 Filed 05/09/2008 Page 1 of 2



# THE LAW FIRM OF
# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps

Bonnie C. Dragotto

April 7, 2008

**VIA FACSIMILE: 312-698-4549**
Amy R. Jonker
McGuireWoods, LLP
77 W. Wacker Drive
Suite 4100
Chicago, Illinois 60601

Re:   *Kisha Jenkins v. Palisades Acquisitions XVI, LLC, and Blatt, Hasenmiller, Leibsker & Moore, LLC*, No. 08 C 515

Dear Ms. Jonker:

This letter will confirm that on Friday, April 4, 2008, we held a Rule 26 discovery conference in the above-referenced matter. Accordingly, our proposed discovery requests are deemed served as of April 4, 2008. Therefore, answers to our discovery requests are due on May 5, 2008.

Very truly yours,

Bonnie C. Dragotto

Bonnie C. Dragotto
BCD:ef

**EXHIBIT B**