# GROUP EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kisha Jenkins, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 07 C 3838 |
| Centurion Capital Corporation, a Maryland corporation, and Blatt, Hasenmiller, Leibsker & Moore LLC, an Illinois limited liability company, | ) ) ) ) ) | Judge Darrah |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| Kisha Jenkins, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 08 C 515 |
| Palisades Acquisition XVI, LLC, a Delaware limited liability company, and Blatt, Hasenmiller, Leibsker & Moore LLC, an Illinois limited liability company, | ) ) ) ) ) | Judge Darrah |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

TO: See attached service list

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30 and 30(b)(6) of the Federal Rules of Civil Procedure, we shall take the following depositions, via sound and/or stenographic recording, of the following individuals, listed below at: Philipps & Philipps, Ltd, 9760 S. Roberts Road, Suite One, Palos Hills, Illinois 60465, on the date and at the times indicated:

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Blatt, Hasenmiller, Leibsker & Moore LLC | May 8, 2008 | 10:00 a.m. |



EXHIBIT D

Pursuant to Rule 30(b)(6) of the Federal Rule of Civil Procedure, please designate one or more individuals to testify on Blatt, Hasenmiller, Leibsker & Moore, LLC's, behalf as to:

- Defendants' practices and procedures regarding the collection of debts, including the filing of lawsuits; the collection of debts that were allegedly owed originally to First Consumer's National Bank, then allegedly owed to Centurion Capital Corporation and then allegedly owed to Palisades Acquisition XVI, LLC;
- The relationship between the Defendants;
- The account history maintained on Plaintiff;
- Defendants' discovery responses;
- The State Court Lawsuit filed against Ms. Jenkins in the matter of <u>Centurion Capital Corp. v. Kisha Jenkins</u>, No. 06-M1-16475 and the affidavit attached thereto;
- Net worth and class size as to the <u>Kisha Jenkins v. Palisades Acquisition XVI, LLC</u> matter;
- The allegations of the Complaints filed in these matters and Defendants' Answers thereto; and,
- Any other matters within the deponent's personal knowledge regarding the Defendants.

Upon the conclusion of the Rule 30(b)(6) depositions, the following depositions will proceed:

| **Deponent** | **Date** | **Time** |
| --- | --- | --- |
| Kenneth R. Wake | May 8, 2008 | upon conclusion of the Rule 30(b)(6) deposition |
| Gregory R. Dye | May 8, 2008 | upon conclusion of the deposition of Kenneth R. Wake |
| Ira F. Leibsker | May 8, 2008 | upon conclusion of the deposition of Gregory R. Dye |

Respectfully submitted:

[signature]

One Plaintiff's Attorneys

Dated: April 24, 2008

2

David J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## CERTIFICATE OF SERVICE

I, David J. Philipps, an attorney, certify that I sent a copy of the foregoing **Notice of Depositions** to the individuals on the service list below, via facsimile and U.S. Mail, first class postage pre-paid, this 24th day of April, 2008 before 5:00 p.m.

David J. Philipps

## SERVICE LIST

David L. Hartsell                     **Fax No. (312) 849-3690**
Amy R. Jonker
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time    Destination                    Duration P.#    Result    Mode
132 APR-24  12:01  13128493690                     0'00'29"  005    OK        N  ECM
```

# PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 Facsimile

## FACSIMILE COVER SHEET

TO:        David L. Hartsell
           Amy R. Jonker
           McGuireWoods, LLP
FAX NO:    1-312-849-3690
FROM:      David J. Philipps
DATE:      April 24, 2008
(inc. cover sheet): 5

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE FOR RETRANSMISSION

✦✦✦

Re:  *Jenkins v. Centurion Capital Corporation and Blatt,*
     *Hasenmiller, Leibsker & Moore, LLC, No. 07 C 3838 and*
     *Jenkins v. Palisades Acquisition XVI, LLC and Blatt,*
     *Hasenmiller, Leibsker & Moore, LLC, No. 08 C 515*

COMMENTS:

Confidentiality Note:
The information contained in this telecopy message is being transmitted to and is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error,

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Kisha Jenkins, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Centurion Capital Corporation, a )<br>Maryland corporation, and Blatt, )<br>Hasenmiller, Leibsker & Moore LLC, an )<br>Illinois limited liability company, )<br>)<br>Defendants. ) | No. 07 C 3838<br><br><br>Judge Darrah |
| Kisha Jenkins, individually and on )<br>behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Palisades Acquisition XVI, LLC, a )<br>Delaware limited liability company, and )<br>Blatt, Hasenmiller, Leibsker & Moore )<br>LLC, an Illinois limited liability company, )<br>)<br>Defendants. ) | No. 08 C 515<br><br><br>Judge Darrah |

### NOTICE OF DEPOSITIONS

TO: See attached service list

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30 and 30(b)(6) of the Federal Rules of Civil Procedure, we shall take the following depositions, via sound and/or stenographic recording, of the following individuals, listed below at: Philipps & Philipps, Ltd, 9760 S. Roberts Road, Suite One, Palos Hills, Illinois 60465, on the date and at the times indicated:

| Deponent | Date | Time |
|---|---|---|
| Centurion Capital Corporation | May 13, 2008 | 10:00 a.m. |

Pursuant to Rule 30(b)(6) of the Federal Rule of Civil Procedure, please designate one or more individuals to testify on Centurion Capital Corporation's, behalf as to:

- Defendants' practices and procedures regarding the collection of debts, including the filing of lawsuits; the collection of debts that were allegedly owed originally to First Consumer's National Bank, then allegedly owed to Centurion Capital Corporation and then allegedly owed to Palisades Acquisition XVI, LLC;
- The relationship between the Defendants;
- The account history maintained on Plaintiff and the alleged debt at issue;
- Defendants' discovery responses;
- The State Court Lawsuit filed against Ms. Jenkins in the matter of <u>Centurion Capital Corp. v. Kisha Jenkins</u>, No. 06-M1-16475 and the affidavit attached thereto;
- The allegations of the Complaints filed in these matters and Defendants' Answers thereto; and,
- Any other matters within the deponent's personal knowledge regarding the Defendants.

Upon the conclusion of the Rule 30(b)(6), the following depositions will proceed:

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Ronald Canter | May 13, 2008 | upon conclusion of the Rule 30(b)(6) deposition |
| Cheryl Kavanagh | May 13, 2008 | upon conclusion of the deposition of Ronald Canter |
| Beverly Berry | May 13, 2008 | upon conclusion of the Deposition of Cheryl Kavanagh |

Respectfully submitted,

_____
One Plaintiff's Attorneys

Dated: April 24, 2008

David J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

2

## CERTIFICATE OF SERVICE

I, David J. Philipps, an attorney, certify that I sent a copy of the foregoing **Notice of Depositions** to the individuals on the service list below, via facsimile and U.S. Mail, first class postage pre-paid, this 24th day of April, 2008 before 6:00 p.m.

David J. Philipps

## SERVICE LIST

David L. Hartsell                    **Fax No. (312) 849-3690**
Amy R. Jonker
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

```
APR-24-2008(THU) 14:20  Philipps & Philipps, LTD.         (FAX)708 974 2907        P. 001

Transaction Report
Send
Transaction(s) completed
No. TX Date/Time    Destination                Duration P.#     Result    Mode
140 APR-24  14:20  13128493690                 0'00'33"  004    OK        N  ECM
```

# PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 Facsimile

## FACSIMILE COVER SHEET

TO:         David L. Hartsell
            Amy R. Jonker
            McGuireWoods, LLP
FAX NO:     1-312-849-3690
FROM:       David J. Philipps
DATE:       April 24, 2008
(inc. cover sheet): 4

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE FOR RETRANSMISSION

◆◆◆

Re:   *Jenkins v. Centurion Capital Corporation and Blatt,*
      *Hasenmiller, Leibsker & Moore, LLC,* No. 07 C 3838 and
      *Jenkins v. Palisades Acquisition XVI, LLC and Blatt,*
      *Hasenmiller, Leibsker & Moore, LLC,* No. 08 C 515

COMMENTS:

Confidentiality Note:
The information contained in this telecopy message is being transmitted to and is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error,

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kisha Jenkins, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 3838 |
| | ) | |
| Centurion Capital Corporation, a | ) | |
| Maryland corporation, and Blatt, | ) | Judge Darrah |
| Hasenmiller, Leibsker & Moore LLC, an | ) | |
| Illinois limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| Kisha Jenkins, individually and on | ) | |
| behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 515 |
| | ) | |
| Palisades Acquisition XVI, LLC, a | ) | |
| Delaware limited liability company, and | ) | Judge Darrah |
| Blatt, Hasenmiller, Leibsker & Moore | ) | |
| LLC, an Illinois limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITIONS**

TO: See attached service list

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30 and 30(b)(6) of the Federal Rules of Civil Procedure, we shall take the following depositions, via sound and/or stenographic recording, of the following individuals, listed below at: Philipps & Philipps, Ltd, 9760 S. Roberts Road, Suite One, Palos Hills, Illinois 60465, on the date and at the times indicated:

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Palisades Acquisition XVI, LLC | May 15, 2008 | 10:00 a.m. |

Pursuant to Rule 30(b)(6) of the Federal Rule of Civil Procedure, please designate one or more individuals to testify on Palisades Acquisition XVI, LLC's, behalf as to:

- Defendants' practices and procedures regarding the collection of debts, including the filing of lawsuits; the collection of debts that were allegedly owed originally to First Consumer's National Bank, then allegedly owed to Centurion Capital Corporation and then allegedly owed to Palisades Acquisition XVI, LLC;
- The relationship between the Defendants;
- The account history maintained on Plaintiff and Plaintiff's alleged debt;
- Defendants' discovery responses;
- The State Court Lawsuit filed against Ms. Jenkins in the matter of Centurion Capital Corp. v. Kisha Jenkins, No. 06-M1-16475 and the affidavit attached thereto;
- Net worth and class size as to the Kisha Jenkins v. Palisades Acquisition XVI, LLC matter;
- The allegations of the Complaints filed in these matters and Defendants' Answers thereto; and,
- Any other matters within the deponent's personal knowledge regarding the Defendants.

Upon the conclusion of the Rule 30(b)(6), the following depositions will proceed:

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Peter Fish | May 15, 2008 | upon conclusion of the Rule 30(b)(6) deposition |

Respectfully submitted:

One Plaintiff's Attorneys

Dated: April 24, 2008

David J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

2

## CERTIFICATE OF SERVICE

I, David J. Philipps, an attorney, certify that I sent a copy of the foregoing **Notice of Depositions** to the individuals on the service list below, via facsimile and U.S. Mail, first class postage pre-paid, this 24th day of April, 2008 before 6:00 p.m.

David J. Philipps

## SERVICE LIST

David L. Hartsell             Fax No. (312) 849-3690
Amy R. Jonker
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time   Destination              Duration P.#   Result   Mode
139 APR-24  14:17 13128493690               0'00'32" 004   OK       N  ECM
```

# PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 Facsimile

## FACSIMILE COVER SHEET

TO:     David L. Hartsell
        Amy R. Jonker
        McGuireWoods, LLP
FAX NO: 1-312-849-3690
FROM:   David J. Philipps
DATE:   April 24, 2008
(inc. cover sheet): 4

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE FOR RETRANSMISSION

♦♦♦

Re: *Jenkins v. Centurion Capital Corporation and Blatt,
    Hasenmiller, Leibsker & Moore, LLC*, No. 07 C 3838 and
    *Jenkins v. Palisades Acquisition XVI, LLC and Blatt,
    Hasenmiller, Leibsker & Moore, LLC*, No. 08 C 515

COMMENTS:

Confidentiality Note:
The information contained in this telecopy message is being transmitted to and is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby advised that any