IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHA JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>PALISADES ACQUISITIONS XVI, LLC, a Delaware limited liability company, and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, an Illinois limited liability company,<br><br>    Defendants. | Case No. 08-CV-0515<br><br>Judge Darrah<br><br>Magistrate Judge Schenkier |

**DEFENDANT BLATT, HASENMILLER, LEIBSKER
& MOORE, LLC'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

NOW COMES defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), and pursuant to LR 3.2(a), identifies its affiliates as: Ira Leibsker, Member; Leon Moore, Member; and Kenneth Wake, Member.

Dated: June 4, 2008

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC


By: _/s/ David L. Hartsell_
   One of Their Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing **DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David J. Philipps
> Mary E. Philipps
> PHILIPPS & PHILIPPS, LTD.
> 9860 S. Roberts Road
> Suite One
> Palos Hills, IL 60465
> davephilipps@aol.com
> mephilipps@aol.com

/s/  David L. Hartsell

\6293017.1