IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHA JENKINS, )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>PALISADES ACQUISITION XVI, LLC, a )<br>Delaware limited liability company, and )<br>BLATT, HASENMILLER, LEIBSKER & )<br>MOORE, LLC, an Illinois limited liability )<br>company, )<br>)<br>　　　　Defendants. ) | Case No. 08-CV-0515<br><br>Judge Darrah<br>Magistrate Judge Schenkier |

**DEFENDANT PALISADES ACQUISITIONS XVI, LLC'S**
**LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

NOW COMES defendant Palisades Acquisition XVI, LLC ("Palisades"), and pursuant to LR 3.2(a), identifies its affiliates as:

Palisades Acquisition XVI, LLC, is a subsidiary of and 100% owned by Palisades Acquisition XV, LLC. Palisades XV, LLC is a subsidiary of and 100% owned by Palisades Collection, LLC. Palisades Collection, LLC is a subsidiary of and 100% owned by Asta Funding, Inc., a publicly held corporation.

Dated: June 4, 2008

Respectfully Submitted,

PALISADES ACQUISITION XVI, LLC

By:   /s/ David L. Hartsell
　　　One of Their Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing **DEFENDANT PALISADES ACQUISITIONS XVI, LLC'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David J. Philipps
> Mary E. Philipps
> PHILIPPS & PHILIPPS, LTD.
> 9860 S. Roberts Road
> Suite One
> Palos Hills, IL 60465
> davephilipps@aol.com
> mephilipps@aol.com

/s/  David L. Hartsell

\6293037.1