# EXHIBIT D



# THE LAW FIRM OF
# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps

Bonnie C. Dragotto

May 13, 2008

**VIA FACSIMILE: 312-849-3690**

David L. Hartsell
Amy R. Jonker
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

Re:   *Jenkins v. Centurion Capital Corporation and Blatt, Hasenmiller, Leibsker & Moore, LLC*, N.D. Ill. No. 07 C 3838; and
*Jenkins v. Palisades Acquisitions XVI, LLC*, N.D. Ill. No. 08 C 0515

Counsel:

As you know, this morning when Judge Darrah granted Defendants' motion for an extension of time to respond to Plaintiff's discovery requests, he also postponed Ms. Jenkins' deposition in these matters until a mutually agreeable time after Defendants have responded to Plaintiff's discovery requests in Jenkins v. Palisades. Thus, Ms. Jenkins will not be produced for deposition on May 19, 2008. We note that, in any case, Defendants in both matters never sent a Notice of Deposition for Ms. Jenkins for the now-cancelled date.

Thus, we think it would be to the benefit of all parties if we attempted to " . . . consult . . . regarding scheduling matters in a good faith effort to avoid scheduling conflicts", as directed by the Seventh Circuit, in its Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. Please contact us as soon as possible to set up a time next week – after Defendants have provided their discovery responses – to conduct a Rule 37 conference to discuss in detail re-scheduling both Plaintiff's deposition and the depositions of Defendants and their



EXHIBIT D

David L. Hartsell
Amy R. Jonker
May 13, 2008
page two


personnel, as well as the issues raised in Defendants' May 5, 2008 letter to us, and Plaintiff's May 9, 2008 letter response.

Very truly yours,

Mary E. Philipps