# GROUP EXHIBIT E



### THE LAW FIRM OF
# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps

Bonnie C. Dragotto

June 27, 2008

**VIA FACSIMILE: 312-849-3690**
David L. Hartsell
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

Re: *Jenkins v. Centurion Capital Corporation, et al.*, N.D.Ill. No. 07 C 3838;
*Jenkins v. Palisades Acquisitions XVI, LLC, et al.*, N.D.Ill. No. 08 C 0515; and
*Basile v. Portfolio Recovery Associates, LLC, et al.*, N.D.Ill. No. 08 C 1006

Dear Mr. Hartsell:

Pursuant to our recent discussions in the above-referenced cases, please be advised that we will produce Ms. Jenkins for deposition in the above-referenced *Jenkins v. Centurion* and *Jenkins v. Palisades* cases on July 21, 2008, at 1:00 pm.

Of the dates previously suggested as acceptable for Mr. Basile's deposition in his above-referenced case, please be advised that we will produce Mr. Basile on July 29, 2008, at 1:00 pm.

We look forward to discussing with you on July 3, 2008 the dates on which your clients and their witnesses in the above-referenced matters are available for their depositions.

Very truly yours,

David J. Philipps
DJP:ef



GROUP
EXHIBIT
E

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900  Fax 708.974.2907
www.philippsconsumerlaw.com



THE LAW FIRM OF
# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps

Bonnie C. Dragotto

July 14, 2008

**VIA FACSIMILE: 312-849-3690**
David L. Hartsell
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

Re:   *Jenkins v. Centurion Capital Corporation and Blatt, Hasenmiller, Leibsker & Moore, LLC*, N.D. Ill. No. 07 C 3838; and
*Jenkins v. Palisades Acquisitions XVI, LLC*, N.D. Ill. No. 08 C 0515

Mr. Hartsell:

On June 27, 2008, we offered to produce our client, Kisha Jenkins, for deposition on July 21, 2008. We never heard back from you as to whether that date was acceptable, nor did we ever receive an amended notice of deposition from you. Unfortunately, we cannot hold this date open indefinitely, and thus, the July 21, 2008 date for Ms. Jenkins deposition is no longer available. Please contact us to discuss possible dates in August and September.

Very truly yours,

David J. Philipps