# GROUP EXHIBIT F



THE LAW FIRM OF

# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps

Bonnie C. Dragotto

May 29, 2008

**VIA FACSIMILE: 312-849-3690**
David L. Hartsell
McGuireWoods, LLP
77 W. Wacker Drive
Suite 4100
Chicago, Illinois 60601

Re:   *Jenkins v. Palisades Acquisitions XVI, LLC, and Blatt, Hasenmiller, Leibsker & Moore, LLC,* No. 08 C 0515 (N.D. Ill.)

Dear Mr. Hartsell:

We have reviewed the Defendant's unverified discovery responses, and ask that you immediately contact us upon receipt of this letter to set up a F.R.C.P. Rule 37 conference to try and resolve the numerous baseless objections the Defendants have made to our discovery requests. Also, please be advised that Defendant Palisades' responses reference "documents attached labeled Palisades 0001-0002". No such documents were attached to the responses we received.

Moreover, we note that, rather than contact us to set up a mutually convenient time to take Ms. Jenkins' deposition in this matter and Jenkins v. Centurion – as directed by Judge Darrah at the May 13, 2008 hearing on Defendants' motion for extension of time (see attached transcript at p. 3, lines 18-23), and as we requested in our letter to you of May 13, 2008 – you have simply re-noticed her deposition for a date on which we are not available. Please contact us to discuss in detail re-scheduling both Plaintiff's deposition and the depositions of Defendants and their personnel, as well as the issues raised in Defendants' May 5, 2008 letter to us, and Plaintiff's May 9, 2008 letter response.

Very truly yours,

David J. Philipps
DJP:ef

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900   Fax 708.974.2907
www.philippsconsumerlaw.com

GROUP EXHIBIT F



# THE LAW FIRM OF
# PHILIPPS & PHILIPPS, LTD.

David J. Philipps
Mary E. Philipps

Bonnie C. Dragotto

June 18, 2008

**VIA FACSIMILE: (312) 849-3690**
David L. Hartsell
McGuireWoods, LLP
77 W. Wacker Drive
Suite 4100
Chicago, Illinois 60601

Re: *Jenkins v. Centurion Capital, et al.,* No. 07 C 3838 (N.D. Ill.)
     *Jenkins v. Palisades Acquisitions, et al.,* No. 08 C 0515 (N.D. Ill.)

Dear Mr. Hartsell:

To date, you have failed to respond to our letters dated May 13, 2008 and May 29, 2008, which requested that you contact us to arrange mutually agreeable dates for depositions in the above matters of each others clients/witnesses. Moreover, you have failed to contact us, as requested, to hold a F.R.C.P. Rule 37 discovery conference in the <u>Jenkins v. Palisades</u> matter.

Frankly, we are mystified by your total lack of response or cooperation regarding resolving deposition scheduling and discovery matters. If we do not hear from you by noon on Friday, June 20, 2008, we will have no choice but to file a motion to compel.

Very truly yours,

David J. Philipps
DJP:ef