# GROUP EXHIBIT G

Subj: **Jenkins**
Date: 7/3/2008 9:47:55 A.M. Central Daylight Time
From: dhartsell@mcguirewoods.com
To: davephilipps@aol.com

Dave, can't make our 10 am call, but will email some proposed depo dates later today.

DLH

_____

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.



Subj: **Jenkins v. Centurion; Jenkins v. Palisades**
Date: 7/3/2008 4:18:38 P.M. Central Daylight Time
From: dhartsell@mcguirewoods.com
To: DavePhilipps@aol.com

We have reviewed your deposition notices again. In addition to noticing Rule 30(b)(6) depositions of BHLM, Centurion and Palisades, you have noticed the depositions of the following individuals: Ken Wake (BHLM), Ira Leibsker (BHLM), Greg Dye (BHLM), Peter Fish (Palisades), Cheryl Kavanagh (Centurion), Ron Canter, and Beverly Berry. A total of 10, in all (the maximum permitted under Rule 30 without leave of court).

We are in the process of obtaining available dates for Wake, Fish and Kavanagh and will have that to you early next week. It may be that these three individuals will also serve as Rule 30(b)(6) deponents for their respective companies, assuming we can work out our differences on the scope of the notices.

We do not understand why you are seeking to depose either Mr. Leibsker or Mr. Dye. Neither was identified in our Rule 26(a) disclosures or in our answers to interrogatories.

Mr. Canter's last known address and phone is: 11300 Rockville Pike, Ste. 1200, Rockville, MD 20852. (301) 770-7490.

We are working on last known contact information for Beverly Berry and will provide that as soon as possible.

David L. Hartsell

McGUIREWOODS
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
312.750.8898 (Direct Line)
312.920.6766 (Direct FAX)
312.961.1867 (cell)
dhartsell@mcguirewoods.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.

Subj: **Re: Jenkins v. Centurion; Jenkins v. Palisades**
Date: 7/3/2008 5:53:06 P.M. Central Daylight Time
From: DavePhilipps
To: dhartsell@mcguirewoods.com

Mr. Hartsell:

When are we holding the long overdue Rule 37 conference regarding the discovery responses in Jenkins v. Palisades? As you know, we have written you twice to ask for a Rule 37 conference and on June 24, 2008, finally got you to commit to holding a conference today at 10:00 a.m.; however, you unilaterally canceled the conference @ 9:48 a.m., via an e-mail in which you promised to give me dates by later today. Now you have not even given me any dates, nor re-scheduled the Rule 37 conference.

As to the depositions, we believe that Dye signed and handled the complaint against Ms. Jenkins and that Mr. Leibsker handled the dispute of the debt. If it turns out that they have limited knowledge, then their depositions will be very short. As to your math, it is a total of 10 per case. 2 times 10 is 20.

Regards,

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (Fax)

In a message dated 7/3/2008 4:18:38 P.M. Central Daylight Time, dhartsell@mcguirewoods.com writes:

> We have reviewed your deposition notices again. In addition to noticing Rule 30(b)(6) depositions of BHLM, Centurion and Palisades, you have noticed the depositions of the following individuals: Ken Wake (BHLM), Ira Leibsker (BHLM), Greg Dye (BHLM), Peter Fish (Palisades), Cheryl Kavanagh (Centurion), Ron Canter, and Beverly Berry. A total of 10, in all (the maximum permitted under Rule 30 without leave of court).
>
> We are in the process of obtaining available dates for Wake, Fish and Kavanagh and will have that to you early next week. It may be that these three individuals will also serve as Rule 30(b)(6) deponents for their respective companies, assuming we can work out our differences on the scope of the notices.
>
> We do not understand why you are seeking to depose either Mr. Leibsker or Mr. Dye. Neither was identified in our Rule 26(a) disclosures or in our answers to interrogatories.
>
> Mr. Canter's last known address and phone is: 11300 Rockville Pike, Ste. 1200, Rockville, MD 20852. (301) 770-7490.
>
> We are working on last known contact information for Beverly Berry and will provide that as soon as possible.
>
> David L. Hartsell

McGUIREWOODS
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
312.750.8898 (Direct Line)
312.920.6766 (Direct FAX)
312.961.1867 (cell)
dhartsell@mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.