**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kisha Jenkins, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08 C 0515 |
| ) | |
| Palisades Acquisitions XVI, LLC, a ) | Judge Darrah |
| Maryland corporation, and Blatt, ) | |
| Hasenmiller, Leibsker & Moore LLC, an ) | |
| Illinois limited liability company, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that at 9:00 a.m., on Tuesday, August 19, 2008, we shall appear before the Honorable John W. Darrah, in Room 1203 of the District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion To Compel**, a copy of which was served upon you by the Court's electronic filing system.

By: /s/ David J. Philipps_____
One of Plaintiff's Attorneys

Dated:  July 22, 2008

David J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2008, a copy of the foregoing **Notice Of Motion** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| David L. Hartsell | dhartsell@mcguirewoods.com |
| Amy R. Jonker | ajonker@mcguirewoods.com |
| McGuire Woods, LLP | |
| 77 W. Wacker Drive | |
| Suite 4100 | |
| Chicago, IL  60601 | |


/s/ David J. Philipps_____

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com