# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 515 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Jenkins vs. Palisades Acquisition | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to compel is granted [31]. Compliance is ordered by 9/2/08. Discovery ordered closed on 10/31/08.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|