# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHA JENKINS,<br><br>               Plaintiff,<br><br>v.<br><br>PALISADES ACQUISITIONS XVI, LLC,<br>a Delaware limited liability company, and<br>BLATT, HASENMILLER, LEIBSKER &<br>MOORE, LLC, an Illinois limited liability<br>company,<br><br>               Defendants. | Case No. 08-CV-0515<br><br>Judge Darrah<br>Magistrate Judge Schenkier |

### DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORY NOS. 2 AND 6

NOW COMES defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), by and through its undersigned counsel, and for its Supplemental Responses to Plaintiff's Interrogatory Nos. 2 and 6, states as follows:

     2.    Identify by name, last known address and telephone number, all persons in the State of Illinois against whom Defendant Blatt had filed a lawsuit on behalf of Centurion Capital Corporation and as to which the debt at issue was thereafter sold to Defendant Palisades, to whom you then sent a collection letter similar to the letter you sent to Ms. Jenkins (Exhibit B), and state the amount of the debt you sought to collect in that lawsuit, the amount of the debt sought in the collection letter and all bases for any difference in those amounts.

**RESPONSE:** BHLM has identified 9 (nine) accounts: (1) where a collection lawsuit had been filed on behalf of Centurion; (2) against an Illinois resident; (3) on a First Consumers National Bank (FCNB) account; (4) where the account was subsequently sold by Centurion to Palisades; (5) where the lawsuit had been dismissed prior to BHLM's March 29, 2007 letter advising of the transfer of ownership from Centurion to Palisades; and (6) where BHLM's March 29, 2007 letter included court costs incurred in connection with the Centurion lawsuit. All nine cases were dismissed without prejudice. Furthermore, plaintiff's case is not included within the nine, as her case was not



dismissed until May 15, 2007, *after* BHLM's March 29, 2007 letter was sent; as such, she does not even appear to be a member of the putative class she purports to represent.

6. State your net worth for the last three years and identify all documents that demonstrate your net worth during that time period, but not limited to, financial statements, profit and loss statements, income statements, balance sheets, valuations and federal tax returns.

**RESPONSE:** BHLM's net worth as of June 30, 2008 was $■■■■■■. This information is deemed confidential and subject to the "attorneys'-eyes only" protective order entered on the record by the Court on August 19, 2008.

Dated: September 2, 2008                    Respectfully Submitted,

                                            BLATT, HASENMILLER, LEIBSKER &
                                            MOORE, LLC

                                            By: _____
                                                David L. Hartsell

                                            David L. Hartsell
                                            Amy R. Jonker
                                            McGUIREWOODS LLP
                                            77 W. Wacker Drive, Ste. 4100
                                            Chicago, Illinois 60601-1815
                                            (312) 849-8100
                                            (312) 849-3690 (fax)
                                            dhartsell@mcguirewoods.com
                                            ajonker@mcguirewoods.com

2

## VERIFICATION

I, Kenneth R. Wake, state under penalty of perjury, that the foregoing supplemental answers to interrogatory nos. 2 and 6 and the facts contained therein are true and correct to the best of my personal knowledge and belief.

Date: _____

                                                  Kenneth R. Wake

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I caused a copy of the foregoing **DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORY NOS. 2 AND 6** to be served via First-Class, U.S. Mail, postage pre-paid, upon counsel listed below:

> David J. Philipps
> Mary E. Philipps
> PHILIPPS & PHILIPPS, LTD.
> 9860 S. Roberts Rd, Ste. One
> Palos Hills, IL 60465
> davephilipps@aol.com
> mephilipps@aol.com

_____
David L. Hartsell

\6232773.1